# EXHIBIT A

FILED: NEW YORK COUNTY CLERK 08/24/2012

NYSCEF DOC. NO. 12

INDEX NO. 650913/2012

RECEIVED NYSCEF: 08/24/2012

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

JOERN MEISSNER, individually and
derivatively on behalf of MANHATTAN
REVIEW LLC,

                Plaintiff,

vs.

TRACY YUN and MANHATTAN
ENTERPRISE GROUP LLC,

                Defendant.

---

INDEX NO. 650913/2012

**FIRST AMENDED COMPLAINT**

Plaintiff, Joern Meissner, by and through his attorneys, individually and derivatively

on behalf of Manhattan Review LLC, as and for his Complaint against defendants, Tracy

Yun and Manhattan Enterprise Group LLC, states and alleges:

## NATURE OF THE ACTION

1.     This is an action by the majority owner of a limited liability company, in his

own name and derivatively on behalf of the company, seeking damages, injunctive relief and

an accounting against the minority owner of that same company arising out of the latter's

malfeasance and numerous breaches of fiduciary duty. The majority owner, Joern Meissner,

founded Manhattan Review abroad many years ago for the purpose of teaching courses to

applicants to business schools who were preparing to take the standardized GMAT exam

and who were in need of help with their application strategy to competitive graduate schools.

In the beginning, the focus of Manhattan Review was to teach and advise applicants in

Europe. In 2005, Meissner agreed to found an entity in the United States with defendant,

Tracy Yun, to penetrate the U.S. market using Meissner's established teaching and consulting concept. Meissner agreed to give Yun a minority stake in the new U.S.-based company – Manhattan Review LLC– in exchange for her agreement to operate and grow the business on a day-to-day basis and for some capital investment she provided. A series of personal disagreements between the owners led Yun to improperly shut Meissner out of the affairs and profits of the business. Among other things, Yun: 1) refused to share with Meissner the most basic information about the financial affairs of the company; 2) drew "compensation" without Meissner's knowledge or consent; and 3) transferred funds from the company's accounts without Meissner's knowledge or consent. Most recently, in a surreptitious coup, Yun withdrew approximately $200,000 from the company's accounts, dissolved Manhattan Review LLC, transferred all of the company's tangible and intangible assets to a "new" company she formed (without Meissner), and intentionally began to divert students to the "new" company. In so doing, Yun literally stole the entire business from Meissner and is treating it now as her own. She should be held accountable for this theft.

## THE PARTIES

2.     Plaintiff, Joern Meissner ("Meissner"), is a German citizen who holds a permanent resident visa – more commonly known as a "green card" – issued by the United States. Meissner received his Ph.D. in Management Science from the Graduate School of Business at Columbia University in New York City, and has taught undergraduate and graduate business programs at business schools in New York and abroad during the last 20 years.

-2-

3.    Defendant, Tracy Yun ("Yun"), is a citizen and resident of the State of New York. She maintains her residence at 90 LaSalle Street, Apt. 13G, New York, NY 10027.

4.    Defendant, Manhattan Enterprise Group LLC d/b/a "Manhattan Elite Prep" ("MEP"), is a Delaware limited liability company which was formed on or about January 3, 2012. Upon information and belief, the sole member of MEP is Yun.

5.    Pursuant to N.Y. Business Corporation Law §626, Plaintiff has standing to bring this action derivatively on behalf of Manhattan Review LLC because he was a member of Manhattan Review LLC at the time that defendants committed the acts complained of herein, as well as at the time that this suit was brought. Plaintiff is not required to give security for Manhattan Review LLC's expenses in this action.

6.    Pursuant to N.Y. Business Corporation Law §626, Plaintiff is excused from making demand upon Manhattan Review LLC to bring the claims asserted herein because such demand would have been futile, for the following reasons: a) defendant, Tracy Yun, was the managing member of the LLC and in control of the day-to-day affairs of the business, and in all of her filed pleadings in this Court has denied that Plaintiff ever held any membership interest in Manhattan Review LLC; b) defendant, Tracy Yun, is herself accused of the wrongdoing alleged in this Complaint, and therefore could not possibly evaluate in a disinterested, independent and objective manner whether to sue herself, and whether doing so would be in the best interests of Manhattan Review LLC; and c) defendant, Tracy Yun, unlawfully and improperly dissolved Manhattan Review LLC in an attempt to shut Plaintiff out of the business. Moreover, the actions of defendant, Tracy Yun,

alleged in this Complaint were so egregious that they could not be the product of sound business judgment.

## FACTS

7.     Meissner has two decades of teaching experience in both undergraduate and graduate business programs, at prestigious business schools in the United States and abroad. He created a series of original lectures used to prepare students to take the standardized GMAT test.

8.     In March 2005, Meissner and Yun formed Manhattan Review LLC ("Manhattan Review") as a Delaware limited liability company, for the purpose of engaging in the business of teaching courses for students preparing to take standardized tests. Manhattan Review registered to do business in New York in May 2005.

9.     When Manhattan Review was formed, Meissner and Yun were the only owners. In accordance with their agreement, Meissner originally owned 80% of the company, and Yun owned 20%. However, Meissner later agreed to reduce his ownership to 70%, with Yun's percentage raised to 30%, to compensate Yun for her agreement to run the day-to-day affairs of the business. The 70/30 division of ownership has not changed to this day.

10.     In exchange for Yun's agreement to manage the day-to-day affairs of the business, Meissner and Yun also agreed to divide the profits of the business 50/50, even though Meissner was the majority owner.

11.     Because Yun was a U.S. citizen living in New York City, and Meissner was a German national who traveled extensively between the United States and Germany for his academic career, Meissner and Yun agreed that Yun would be the managing member of the company, with authority to run all day-to-day operations of the business. However, it was also

-4-

understood that Yun would provide Meissner with regular reports on the income and expenses of the company, and consult with him on all significant matters affecting the business. Despite her commitment to do so, Yun has failed to provide Meissner with even the most basic information about the operations of the company.

12.     Over the last several years, Yun became dissatisfied with her role in the company, and repeatedly pressed Meissner for his agreement to either purchase her interest or improve her equity position and terms of compensation. Meissner refused, and Yun became increasingly disenchanted. The personal relationship between Meissner and Yun also deteriorated, and led to several threats by Yun that she would "ruin" Meissner and "destroy" the company.

13.     More specifically, Yun told Meissner, in late 2011, that she intended to "close" Manhattan Review immediately, vacate the leased offices at 521 Fifth Avenue, and leave all of the indebtedness to Meissner. In fact, in an e-mail to Meissner, Yun threatened to disconnect Manhattan Review's phone lines, terminate the business accounts and "destroy" Manhattan Review.

14.     Yun made good on her threats. Without advising Meissner or securing his consent, Yun formally dissolved Manhattan Review through filings made with the Secretary of State of Delaware on or about January 3, 2012. At the same time, Yun formed MEP as a Delaware limited liability company. Yun's evident purpose in forming MEP was to take over and transfer all assets of Manhattan Review, and exclude Meissner from the new entity.

15.     In that connection, Yun recently registered a new website, www.manhattaneliteprep.com, and is seeking to divert all existing and new customers of the business to register for educational programs through the new company.

-5-

16.     Yun has taken a number of other steps to divert business to her new company. First, she took Manhattan Review's written course and marketing materials and recast them as MEP brochures. As an example, Manhattan Review's "Admissions, Test Prep & Training" brochure, a marketing tool for the company's services, was changed to become an MEP brochure. Apart from the name of the company, however, the brochure is identical, or virtually identical, to Manhattan Review's brochure. However, the revisions made by Yun were not thorough, and the MEP brochure confusingly refers to "Manhattan Review's MBA Admissions Consulting staff".

17.     Yun changed Manhattan Review's Facebook page to incorporate the "Manhattan Elite Prep" logo, yet the page itself still refers to "Manhattan Review" and all of Manhattan Review's test preparation course materials.

18.     Yun has taken all of Manhattan Review's employees and made them MEP employees. In an e-mail dated February 2, 2012, one of those employees, Heather Simon, wrote to all of Manhattan Review's lecturers and instructors, claiming to represent the "Manhattan Review team". Ms. Simon advised the lecturers that Manhattan Review had experienced "technical difficulties" with its emails, and implored the teachers to send any e-mails to the "new address" of info@manhattaneliteprep.com. In so doing, Yun directed the intentional diversion of business from Manhattan Review to her new company.

19.     Yun also changed all Manhattan Review profiles on the www.yelp.com user-generated review website to link to her new company, but initially neglected to change the references to Manhattan Review and Meissner. She later changed the profiles to eliminate all references to Manhattan Review and Meissner in the company description, while all user reviews

-6-

associated with the profiles still refer to Manhattan Review. In an obvious effort to continue to trade on the business built by Meissner, Yun falsely stated that MEP was "established" in 2005 and had been an "industry leader" for the last 7 years. Yun also instructed Manhattan Review employee Anthony Brian Smith to post a testimonial to elicit the understanding of suspicious customers for the name change. Yun has initiated similar actions to redirect the goodwill established by Manhattan Review by changing the information on other Manhattan Review profiles on sites such as Google Maps, YellowPages and Twitter.

20.    The website created by Yun for her new company, www.manhattaneliteprep.com, continues to refer to Manhattan Review's course materials, lecturers and customers. For example, the website uses a customer testimonial from a student named Gordon, who lauds "Manhattan Review" for helping him to prepare for the GMAT examination. In addition, the website features the biographies of two lecturers, Louis Lana and Lucy Struever, both of whom were long-standing Manhattan Review course instructors.

21.    Yun also filed documents with the U.S. Patent & Trademark Office, on or about December 24, 2011, recording an assignment of trademarks owned by Manhattan Review, including the marks "Manhattan Review" and "Turbocharge Your Career". The documents filed by Yun purported to assign the entire interest and goodwill in the trademarks to Yun personally. These filings were unauthorized by Meissner or by any valid, lawful action of Manhattan Review, and accordingly are void. Yun took these steps as part of her plan to unlawfully take the assets of Manhattan Review and convert them to her new business, MEP.

22.    As if all of these actions were not enough to destroy a business in which she held only a minority interest, Yun also withdrew $200,000 from Manhattan Review's operating account on December 19, 2011 and has failed to account for that money to Meissner.

23. Yun's efforts to harm Meissner was not confined to his interest in Manhattan Review. In several published statements, Yun has made deliberately false statements about Meissner which has damaged his good reputation. Specifically, Yun has disseminated false statements about Meissner to the Kuehne Logistics University community where he works, including the Senior Dean and other members of the University community. In e-mails and other statements published to the community, including but not limited to e-mails dated December 18, 2011 and January 9, 2012, Yun falsely accused Meissner of: 1) making fraudulent transfers of Manhattan Review funds, 2) engaging in acts of tax evasion, and 3) committing other violations of the law. Her statements on their face were not only false, but they were deliberately designed to harm Meissner's good reputation in the community, and to extort Meissner's agreement to part with his interests in Manhattan Review.

## COUNT I - BREACH OF FIDUCIARY DUTY
### (Meissner, individually and derivatively on behalf of Manhattan Review LLC, v. Yun)

24. Plaintiff repeats and realleges each and every preceding paragraph of this Complaint as if fully set forth herein.

25. As a 30% shareholder, employee and managing member of Manhattan Review LLC, Yun owed fiduciary duties to Meissner and Manhattan Review LLC, including a duty of loyalty, a duty of care, and a duty of good faith and fair dealing.

26. By her actions described above in this Complaint, Yun breached these fiduciary duties.

27. As a direct and proximate result of Yun's breach of her fiduciary duties, Plaintiff and the company have been damaged.

-8-

## COUNT II - USURPATION OF CORPORATE OPPORTUNITY
### (Meissner, on behalf of Manhattan Review LLC, v. Yun & MEP)

28.     Plaintiff repeats and realleges each and every preceding paragraph of this Complaint as if fully set forth herein.

29.     As a 30% shareholder, employee and managing member of Manhattan Review, Yun owed fiduciary duties to Manhattan Review, including a duty of loyalty to subordinate her self-interests to the well-being of Manhattan Review.

30.     Yun was prohibited from taking, for her personal benefit and/or for the benefit of any other company in which she was an owner or employee, an opportunity or advantage that belonged to Manhattan Review.

31.     Yun breached her fiduciary duties by usurping the corporate opportunities of Manhattan Review.

32.     Yun further breached her fiduciary duty of loyalty by failing to disclose material details of her diversion of Manhattan Review's corporate opportunities, failing to seek and secure the consent of Meissner, and/or otherwise demonstrating that her decisions to divert such corporate opportunities were fair to Manhattan Review.

33.     As a direct and proximate result of Yun's diversion of Manhattan Review's corporate opportunities, Manhattan Review has been damaged.

## COUNT III - SELF-DEALING
### (Meissner, on behalf of Manhattan Review LLC, v. Yun & MEP)

34.     Plaintiff repeats and realleges each and every preceding paragraph of this Complaint as if fully set forth herein.

35.     As a 30% shareholder, employee and managing member of Manhattan Review LLC, Yun was charged with the fiduciary duty of the "utmost good faith and loyalty" to Manhattan Review and was prohibited from engaging in self-dealing.

36.     Yun breached this fiduciary duty of "utmost good faith and loyalty" owed to the company by, among other things, using Manhattan Review's tangible and intangible property to attract students to her new company, diverting Manhattan Review's employees to her new company, taking money from Manhattan Review, and redirecting Manhattan Review's lecturers and instructors to her new company.

37.     Yun did not disclose to or obtain approval from Meissner and the company for these actions, and the burden rests on Yun to prove that her course of self-dealing was intrinsically fair and did not result in harm to Manhattan Review.

38.     As a direct and proximate result of Yun's self-dealing, Yun damaged Manhattan Review's business.

## COUNT IV - TORTIOUS INTERFERENCE WITH ECONOMIC ADVANTAGE
### (Meissner, on behalf of Manhattan Review LLC, v. Yun & MEP)

39.     Plaintiff repeats and realleges each and every preceding paragraph of this Complaint as if fully set forth herein.

40.     Yun and/or MEP knew or should have known of Manhattan Review's business relationships with its employees, instructors and student-customers.

41.     Yun and/or MEP, by re-routing Manhattan Review business prospects to MEP, diverting Manhattan Review employees to work for MEP, using Manhattan Review funds for MEP expenses, and by otherwise engaging in wrongful conduct to the disadvantage of Manhattan

-10-

Review, intentionally interfered with the business prospects and relationships of Manhattan

Review for an improper purpose or by improper means.

42.    As a direct and proximate result of the defendants' wrongful conduct, Manhattan

Review has been damaged.

**COUNT V - UNJUST ENRICHMENT**
**(Meissner, on behalf of Manhattan Review LLC, v. Yun & MEP)**

43.    Plaintiff repeats and realleges each and every preceding paragraph of this

Complaint as if fully set forth herein.

44.    As described above in this Complaint, Defendants have used Manhattan Review's

assets, property and business opportunities to further their own interests.

45.    As a result of this conduct, Defendants were enriched.

46.    Defendants' unjust enrichment was at the expense of Manhattan Review.

47.    Defendants' retention of the benefits they reaped from their use of Manhattan

Review's business assets, both tangible and intangible, would be unjust.

**COUNT VI - DEFAMATION**
**(Meissner v. Yun)**

48.    Plaintiff repeats and realleges each and every preceding paragraph of this

Complaint as if fully set forth herein.

49.    As described above in this Complaint, Yun has published, without privilege,

several deliberately false and defamatory statements about Meissner which have damaged his

good reputation.  Those statements were published to (among others) members of the Kuehne

Logistics University community where Meissner works.

50.    The false statements imputed business misconduct and criminal behavior to

Meissner, and accordingly were defamatory *per se*.

-11-

51.    The statements identified Meissner by name.  Accordingly, the statements were understood by the recipients to refer to Meissner.

52.    The statements were neither privileged nor authorized.

53.    The statements have in fact caused damage to Meissner's good reputation in the community.

WHEREFORE, plaintiff, Joern Meissner, demands judgment against defendants for the following relief on all counts of this Complaint:

a)    For compensatory damages, including but not limited to disgorgement of all payments improperly taken by Yun out of Manhattan Review accounts and assets;

b)    For punitive damages;

c)    For attorneys' fees and costs of suit;

d)    For preliminary and permanent injunctive relief, restraining and enjoining Yun and, through her, MEP from continuing the wrongful and inequitable conduct alleged in this Complaint;

e)    For an Order compelling Yun to account for all revenues and profits of Manhattan Review since the formation of the company through the date of judgment;

f)    For an Order directing that Yun disgorge and return to Manhattan Review any and all monies received from the diversion of corporate opportunities to herself and to MEP;

g)    For an Order directing Yun to dissolve MEP in accordance with applicable state law;

h)   For an Order declaring and adjudging that this is a proper derivative action, that Plaintiff is a fair and adequate representative of Manhattan Review, and that demand on the company to bring this action is excused as it would be futile;

i)   For an Order directing Yun and MEP to hold in trust, for the benefit of Manhattan Review, all profits, revenues and other property derived, directly or indirectly, from the unlawful conduct alleged in this Complaint;

j)   For an Order declaring and adjudging that Meissner is the 70% majority owner of Manhattan Review LLC; and

k)   For such other and further relief that this Court may deem equitable and just.

STARK & STARK
A Professional Corporation

By: _____          8/24/12

CRAIG S. HILLIARD
Stark & Stark, P.C.
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
chilliard@stark-stark.com
Phone: 609-895-7324
Facsimile: 609-895-7395
*Counsel for Plaintiff*

-13-

# EXHIBIT B

Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com

See a sample reprint in PDF format.      Order a reprint of this article now

## THE WALL STREET JOURNAL.

WSJ.com

EDUCATION | Updated September 6, 2012, 4:29 p.m. ET

# Getting Into B-School on Your Boss's Dime

By MELISSA KORN

Companies are advertising a rather peculiar perk to lure top undergraduate talent: Showing them the door—to graduate school, that is.



Companies are advertising a rather peculiar perk to lure top undergraduate talent: Showing them the door-to graduate school, that is. Melissa Korn has details on Lunch Break. Photo: Philip Montgomery for The Wall Street Journal.

As a means of attracting stellar young hires, an increasing number of firms in finance, consulting and technology are shepherding employees through the graduate-school admissions process by organizing and paying for test-preparation courses, inviting admissions consultants to help with applications, arranging mock interviews with senior staffers and even bringing school representatives to information sessions at the office.

Companies support staffers attending a number of graduate programs, but business school is by far the most common destination.

It may seem counterintuitive to encourage employees to head for the exits, but firms say that assisting with the graduate-school application process leads to long-term loyalty and, with strings attached to tuition money, improves the chances that employees will return after graduation. (Most companies reimburse employees only after they've been back for a number of months or even years.)

Such programs have been in place for a while, but have grown more popular in recent years as the recruiting process heats up.

**M.B.A. Not Required**

An M.B.A. isn't necessarily a ticket to the top according to a new report from Crist|Kolder Associates LLC. Keep reading on At Work.

Employees generally begin applying to business school two or three years into their tenure. The prep programs, some of which require formal applications and a manager's sign-off, are generally geared toward high-potential employees and direct those employees toward top schools.

Corporate interest in the GMAT course at Manhattan Prep picked up about six years ago and has grown steadily since, says Evyn Williams, senior manager of marketing and corporate relations at the New York-based test-prep company.

Manhattan Prep's client list—it boasts more than 40 corporate partnerships including dedicated classes and discount rates—reads like a who's who of feeders for (and recruiters from) elite graduate business schools, including Goldman Sachs Group Inc., Boston Consulting Group Inc., Deloitte Consulting LLP and Google Inc.

Hoping to snag top talent, BCG began supporting GMAT test preparation in 2005 and brought courses on-site in 2008, though more recently it shifted to online courses to better accommodate traveling employees.

Jennifer Comparoni, head of Americas recruiting at BCG, says the support available for graduate-school applicants is "absolutely" part of the company's recruiting pitch when hiring undergraduates.

**More News from Business Schools**

Schools Offer Free Courses to Alumni

At Berkeley's Haas, Risk-Taking Trumps 'No Stumbles'

The firm also partners applicants with more senior employees who hold M.B.A.s to assist in crafting essays and preparing for interviews. The aid doesn't end once the employee gets an acceptance letter: about 75% of associates who spend at least two years with the firm are offered full-tuition sponsorship for up to two years of graduate school, with reimbursement upon return to the firm after graduation.

Ms. Comparoni declined to provide financial details of the admissions assistance programs, but it could easily run into the hundreds of thousands of dollars at many companies, and more for those that cover school tuition.

Manhattan Prep charges a retail price of $1,590 for its nine-week GMAT course, and while corporate partners do get a discount, Ms. Williams says many still pay more than $1,000 per person. Class sizes generally range from 15 to 25 people, and some clients sell out sessions at multiple offices. Manhattan Prep has run about 40 dedicated corporate classes in the past year.

Washington Post Co.'s Kaplan Test Prep also has been teaming up with companies for years, but Howard Bell, vice president of graduate programs, says there's recently been "significant growth" there as well. The company declined to provide details of its corporate rates, but retail courses at a Kaplan center cost $1,599 per student, while virtual courses range from $599 to $949.

"It's a very significant investment, both financially and time-wise, but we see it as one of the most important things that we do in terms of developing our practitioners," says Julie Meehan, a principal at Deloitte who oversees undergraduate recruiting for the strategy and operations practice.

Ms. Meehan says the broad perspective that business school provides helps with consulting assignments that require creative problem-solving. An M.B.A. also is a "great equalizer," filling in knowledge gaps for staffers who may not have been undergraduate finance majors or are unfamiliar with marketing strategy.

Unlike in medicine and law, professionals in the business world can practice without attending graduate school or receiving some form of licensure. An M.B.A. may not be a legal requirement, but it's still very much a rite of passage at many companies.

"You need to get your M.B.A. to move up the ranks" and become a principal in the strategy and operations group, Ms. Meehan says.

In addition to the staffers who sign up for company-sponsored test-prep courses, which are coordinated with "a handful" of companies, Ms. Meehan estimates that as many as 100 employees each year from the strategy and operations practice attend virtual and in-person presentations, arranged by Deloitte, by admissions consultants and representatives from top schools.

Erin Kruse, a Chicago-based manager in the strategy service line at Deloitte, says the company's support for business school "was a key point" in her decision to take the job offer in 2006. Ms. Kruse, 28 years old, returned to Deloitte last fall after completing her M.B.A. at Duke University's Fuqua School of Business.

Ms. Kruse participated in interview preparation and resume review sessions hosted by Deloitte staffers, receiving advice on how to highlight her professional experiences in the application. She also attended an all-day symposium, sponsored by Deloitte, which included one-on-one meetings with school representatives.

Meanwhile, Blue Cross and Blue Shield of North Carolina began publicizing an all-expenses-paid, on-site Kaplan-led GMAT course last fall and enrolled about 30 students each for that and for a similar GRE class. The company previously ran test-prep courses through its "Blue University" internal training outfit. Employee affinity groups also offer some support on a more ad hoc basis.

**Write to** Melissa Korn at melissa.korn@wsj.com

Copyright 2012 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit
www.djreprints.com

SUBSCRIBE NEWSLETTER SEARCH          Follow @fastcompany          Like 67k

**FAST COMPANY**

Co.DESIGN
Co.CREATE
Co.EXIST
Co.LEAD
TECHNOLOGY
MOST INNOVATIVE COMPANIES
MAGAZINE

6 Ways To Make The Most Of Your Mentorship, Dear Grasshopper

BY LYDIA DISHMAN | JULY 31, 2012

It's not hard to see why people seek mentors at all stages of their career (think greater earning power and more professional success). But a lot depends on the mentee. Fast Company found out how to maximize your time with a mentor.



Over the course of about 30 years, Alice Korngold, the CEO of Korngold Consulting, has mentored a lot of individuals, from students to corporate executives. One interaction stands out--and not in a good way.

Korngold, who's advised global corporations and nonprofits on CSR for decades (and blogs for Fast Company on this topic), tells Fast Company that one mentee, who came to her on the recommendation of a business school professor, did nothing more to prepare for their first meeting than to show up at the appointed time.

"She didn't know anything about me. She hadn't researched my background and couldn't tell me what she wanted," says Korngold. The result: "It was very hard to get traction and it was fractured."

While it's often assumed that mentors drive the progress--thanks to the career expertise and networking muscle--the mentee must hold up their end of the relationship. The first way to do this is by chucking the notion that they are imposing on their mentor by having a clear agenda.

On the contrary, says Korngold, "I felt an imposition that she hadn't prepared. I think it's the mentee's responsibility to do their homework to understand the background, expertise, and value of the mentor; and ask for what they need."

It's not hard to see why people at any stage of their career seek mentorship. After education, it's the second most important factor in determining a person's professional success, according to executive recruiting firm Korn/Ferry International. Terri A. Scandura, a management professor and dean of the graduate school at the University of Miami, says

Email Is A Universal Plague: Can Mailbox Make It Manageable Again?



ADVERTISEMENT

5 Unexpected Factors That Change How We Forecast The Future



MIT Builds An Open-Source Platform For Your Body



employees who have mentors within their organization earn more money and are more productive.

That said, here are six ways to prepare to make the most of your mentor/mentee relationship:

## Make a Dedicated Effort Before You Start

Don't expect benefits to be spoon-fed by your mentor, says freelance writer and coach Stephanie Auteri. A dedicated autodidact, Auteri says, "I've done post-college internships, read a shit-ton of freelance writing blogs, a slew of writing/business books, taken continuing education courses, sought out informational interviews, etc., all in the pursuit of readying myself for the freelance life. I'm *still* self-educating."

Nevertheless, Auteri's been on the receiving end of an avalanche of email from beginners who simply want all the answers. "Some even go so far as to ask me to share hard won contact info despite the fact that I barely know them," she chafes. Her advice: "Be prepared and eager to learn."

## Know Who You Are and What You Want

Korngold says the learning process should start with the mentee finding out as much as they can about their mentor. But they also need to analyze what they are trying to accomplish with their advisor. She suggests thinking in categories such as increasing professional networks, guidance, and/or introductions to others.

"Then in the first meeting, lay out who you are, tell them this is how you can be helpful and here are ways I can be helpful," she says. Being sensitive and thoughtful of their time and generosity, Korngold advises not to throw everything at the mentor at once. "It's almost a gentle negotiation." Subsequent sessions can further explore what each expects and set goals.

## Be Open to Learning Unexpected Lessons

When Sean Lane was a Venture for America fellow, he was exposed to a wide variety of speakers, trainers, and mentors during the five-week training camp. That meant a lot of wisdom, some of which fell outside his communications study area. Trying to "be a sponge" helped in unexpected ways. After attending Manhattan Prep, Chris Ryan's two-day business crash course, Lane says, "I was able to build my own valuation model," coupled with advice he'll be taking to his work at Swipely. "Being open to learning new material and having someone willing to teach it made that end result possible."

## Abandon the Ego

Jonathan Fields, author of *Career Renegade* and *Uncertainty*, says too many mentees look for mentors as a source of validation, rather than actual knowledge. "This happens at every level of business, but it's especially apparent in the startup world, where entrepreneurs often become overly attached to a particular solution, rather than the desire to serve a community," he says.

He recalls a recent interaction in which a startup founder asked to "bounce his app idea" off Fields. Once Fields began to ask questions designed to reveal some major mistakes the founder made in assumptions about his market and how his product would solve the problem, things went awry. "When the answers stopped fitting neatly into the plan he wanted to to execute on, rather than owning the errors and doing the work needed to pivot, he fought against the data and me," says Fields.

Instead of looking for knowledge and owning the problems, the mentee simply wanted validation. "A mentor's role is to provoke insight, not stroke ego," Fields says.

## Don't Forget Your Manners

Talk to anyone who's been a mentor, and they'll likely wax enthusiastic about how rewarding the experience can be. Even one that started out as daunting as Global Ambassador Justine Metz's in Haiti. Korngold, too, is quick to kvell about some of the people she's helped develop over the years.

It's important to remember that giving back is grounded in generosity, and should be appropriately acknowledged, says Auteri. "Know that your mentor is taking precious time out of his or her busy day to help you, so be on time for meetings and phone calls," she says.

Keep the meetings on track, she advises, by suggesting a short chunk of time (15 to 30 minutes) and sticking to it. Afterward, Auteri says, don't forget to show your gratitude for their kindness.

This Is Why Your Kickstarter Project Is Late



Highlighting the Most Innovative All Stars from the past five years




The SodaStream Ad You Didn't See During The Super Bowl



New Work From Photography's Greats, All Shot On The Same Camera



Kingston Reveals 1TB Thumbdrive





Video: See How Dark Sky Disrupts The Weather Report With Its Mobile Tech

Jack Turner and Adam Grossman were sick of getting stuck in the rain, so they



Video: See How Dark Sky Disrupts The Weather Report With Its Mobile Tech

Jack Turner and Adam Grossman were sick of getting stuck in the rain, so they created an app...

ADVERTISEMENT

As the mentee achieves their goals this is especially important to keep in mind says Korngold. She recommends open communication to celebrate milestones. "The relationship can continue to blossom or it can wither if there's not mutual respect and appreciation."

**Don't Wait For Permission**

The thing that derails most mentees, according to Erika Napoletano, is the ongoing need for guidance. "We can help you unearth what's next, but our job isn't to tell you step-by-step how to get it done," says the author of *Power of the Unpopular*. If mentees feel the need to get permission to proceed, the relationship is destined to fail, she says. "Waiting on your mentor to tell you it's OK to be kickass is the least kickass act possible. Go be kickass. Report back. We'll be there to help you navigate the waters."

[Image: Flickr user Joysaphine]

You Might Also Like


How Ikea Creates Massive Demand For The Ektorp Sofa: It Thinks About Moms.
FAST COMPANY


FROM THE WEB
Apple iWatch: Is It About Time?
INVESTOPEDIA


WEB
Looking at SEO from a Proactive and Defensive point of view
THE PERFORMANCE MARKETING EXCHANGE


See The 8 Best Ads Of Super Bowl XLVII
CO CREATE

SHARE

PRINT | EMAIL | NEWSLETTER | SUBSCRIBE | BROWSE CURRENT ISSUE ▸



DISQUS


The Extreme Filmmaking Behind "Chasing Ice"
The crew risked their lives traversing the frozen reaches of the planet to capture melting ...


How BluePrint Designed A Better Way To Sell Juice
Zoe Sakoutis and Erica Huss founded the BluePrint Cleanse on a simple premise: Juice fasting ...

The 4 Ego Traps That Sink Rockstar Developers




Why Apple Is Losing Its Aura

The One Conversational Tool That Will Make You Better At Absolutely Everything



Masthead

**Executive Editor:** Noah Robischon

**Editorial Director:** Tyler Gray

**News Editor:** Mac Montandon

**Editor, Co.Design:** Cliff Kuang

**Editor, Co.Exist:** Morgan Clendaniel

**Editor, Co.Create:** Teressa Iezzi

**Editor, Co.Lead:** Erin Schulte

**Media Requests:** Cole Wilson

more ›

Most Innovative All Stars: Square



Most Innovative All Stars: Apple



Live Chat: The Art Of Asking Good Questions



Advertise
About Us
Events
Subscribe
Manage Subscriptions
Newsletters
Reprints
Privacy
Terms of Service

Copyright © 2013 Mansueto Ventures LLC. All rights reserved. Fast Company, 7 World Trade Center, New York, NY 10007-2195.

# GRE Test Prep

## In Progress: Quantitative Review

Bookmark the permalink. **Manhattan Prep:**
**Reading Comprehension** by Nora Abdulkarim

This post will cover Manhattan Prep's strategies for the third type of questions in the GRE Verbal Reasoning sections: Reading Comprehension.

❖ **Types of Reading Comprehension Questions:**

### 1- Long Passages

*Passage length:* 460 words, 3-5 paragraphs. You will have to scroll 3-4 times.

*Number of questions:* one long passage in entire test, four questions.

### 2- Short Passages

*Passage length:* 160 words, 1-2 paragraphs. You will have to scroll 0-1 times.

*Number of questions:* 5-6 short passages in entire test, 1-4 questions per passage.

### 3- Argument Structure Passages (ASPs)

*Passage length:* 25-75 words, 1 paragraph. You will not need to scroll.

*Number of questions:* 3-5 passages, one question per passage.


❖ **Time on Reading Comprehension Questions:**

- Time for Long Passages: 3 minutes reading the passage, 45-60 minutes answering the questions. Overall time: 6 minutes.

- Time for Short Passages & ASPs: 1.5 minutes reading the passage, 30 seconds for general questions, and 60 seconds for specific questions. Overall time: 3 minutes.


**LEARNING TO READ**

It is tempting to be what Manhattan Prep terms a Hunter, in which you simply hunt for answers..

*"This strategy seems to save time up front, but you have to spend a lot more time per question. More importantly, this approach leads to many wrong answers. Without a good understanding of the passage, Hunters fall prey to trap answers." – and there are always trap answers in the Reading Comprehension questions.*

Instead, you want to be a Big Picture Reader. Meaning, you read the passage Actively & Efficiently.

### ❖ Seven Principles for Reading Actively & Efficiently:

#### 1) Engage with the passage

Your emotional attitude will affect your comprehension. Either try to identity with the topic being discussed, or simply acknowledge that you do not find it thrilling and push yourself harder to focus.

#### 2) Find the Simple Story

- Write out a table of contents based on main ideas in each paragraph

- Classify what you read into Content (causes, processes, categories) and Judgment (theories, evaluations, comparisons, advantages/disadvantages).

- Don't forget the twist in the story; there will typically be at least one twist in the form of a qualification or contrast. Be ready to incorporate it into the Simple Story.

#### 3) Link to what you already know

*"When you read words on a page, they typically activate pre-existing knowledge in your head. This is a crucial part of comprehending what you are reading. Under stress, your eyes can pass over words and even recognize them, but no ideas come to life in your brain. You are too distracted and overwhelmed, and the words on the page remain 'just words'. Thus, you must try CONCRETIZING: when you actively IMAGINE what the words are referring to. This will help you re-explain the original text to yourself and VISUALIZE what it represents. However, be careful not to introduce outside ideas."*

#### 4) Unpack the beginning

*"Forming an impression is not the same as comprehending the passage. Given the importance of the initial sentences, you should make sure you grasp 100% of the beginning of any passage. Even if you only grasp 40% of the end, that is far better than comprehending 70% of the text throughout."*

To unpack the beginning, use the concretizing technique, and turn complex sentences into simple ones. It takes time, so do not write this down or apply it to too much of the passage.

#### 5) Link to what you have just read

As you read, continue to ask yourself what is the MEANING and PURPOSE of what you are reading. Ask: "what does this sentence mean, in relation to everything else I have just read?". Remember, though, do not overanalyze what you read.

## 6) Pay attention to signals

Either language signals, or even paragraphs breaks, all will indicate something new has just been stated. Paragraphs can shift direction internally, but breaks are never random.

## 7) Pick up the pace

As you read the passage, go faster after the first few sentences, and don't forget to hold the growing jigsaw puzzle that is the big picture in your head. Do not get lost in detail, keep later parts at arms length. But read the passage in its entirety, since important twists are often hidden within passages as well.

Pay close attention to: beginnings of paragraphs, big surprises or change in direction, big results or conclusions. Everything else, are just details that you may or may not need to look up later, depending on the questions.

❖ Summary: Slow Start, Fast Finish. Envision it, Relate it. Simple Story.

# DEALING WITH STRUCTURE

\* General Structure of Passages:

Though the passages are all concerned with a wide range of topics, they will all have the same basic components: the point (solution, answer, new idea, or reason), background (information to understand the point), support (evidence/opinions to support the point), and implications (results of the point).

*Notes:*

- Often, the first paragraph sets up a situation and the second paragraph contains a twist that constitutes the point.

- Parts of the background or support may function as foreshadowing that sets up the point. Eg. X (background/support) leads to Y (point). However, this is not always present.

❖ Specific Structure of Short Passages:

The temptation is to simply read the passage and answer the question. However, writing a "Headline List" will help increase comprehension.

<u>Headline List</u>

This list is not so much meant as notes to refer to later, as it is a method of engaging the mind with the text, by moving the hand. Your Headline List should summarize the main idea of each paragraph, important twists, and the passage's overall point. This list will be sufficient to answer general questions, while specific questions will require you to return to the text itself for answers.

*Notes:*

- If you struggle with pace, consider skipping the short passages with just one question associated with it, if you have to.

❖ **Specific Structure of Long Passages:**

"Your default approach should always be to take notes. Skipping it may save you time, but it will almost certainly cost you some amount of comprehension."

<u>Skeletal Sketch</u>

The difference between short and long passages is that the first paragraph in the long passage is significantly more important in determining tone, main idea, and point of the passage. It is worth giving precious seconds to understanding it thoroughly. This is defined as the "skull" of your sketch. The remaining portion of the sketch are the "limbs", composed of short headlines or one-sentence summaries of each paragraph after the first. Conclude your sketch by finding the point, and do not get bogged down in details.

*Notes:*

- Using the sketch for general questions is best. NEVER answer specific questions from memory, or by simply reviewing the answer choices and picking what "feels right". Trap answers will be far too tempting and are made to trick your memory.

❖ **Specific Structure of Argument Structure Passages:**

Unlike the Short and Long Passages, ASPs ought to be recognized as distinct in that they're made up of a brief argument (1-3 sentences long) and one related question. *You should read the question BEFORE the passage*, in order to know what type of ASP you're dealing with. Also, in order to do well on ASP questions, you must be able to identify the parts of an argument: premises, counter-premises, assumptions, and conclusions. *You should look for the conclusion FIRST*, typically in first or last sentence, since all other argument parts will involve around this main point.

<u>The T-Diagram</u>

The most effective way to improve your performance on ASPs is to diagram the argument on your notes paper. ASPs evolve around logic, rather than facts like in Short and Long Passages. Think of EACH sentence as a PART of the argument, determine which part, and write it in its appropriate section of the T-Diagram.

(http://norasgreprep.files.wordpress.com/2012/09/picture-12.png)

*Notes:*

- Read the question BEFORE the passage.

- Look for the conclusion FIRST.

## KNOWING THE STRATEGIES

❖ **Strategies for Short & Long Passages**

1. When stuck between two answers, use a *scoring system*
2. Match *key words* in a specific question to key words in the passage
3. Defend your answer choice with *proof sentences*
4. *Justify every word* in your answer choice
5. *Avoid* answer choices that contain *extreme words*
6. Chose an answer choice that *infers as little* as possible
7. *Preview* the first question before reading the passage

**\* Tricks in Wrong Answer Choices:**

1- Out of scope

2- Direct contradiction

3- Mix-up content

4- One word wrong/degree of words

5- True but irrelevant

*Notes:*

- A typically wrong answer for general questions concerning the main point is that it will not be enough, addressing a portion of the passages but not the rest.

- With a NOT or EXCEPT question, it is easiest to use Process of Elimination. Also, the correct answer will often be D or E, to force you to read all the choices. Start by working your way up the answers.

❖ **Strategies for Argument Structure Passages**

Expect the following question types: strengthen the conclusion, weaken the conclusion, analyze the argument structure, draw a conclusion, and resolve a paradox. Notice that all of these but Resolve a Paradox" are entirely dependant on your understanding of the basic structure of the argument, with three out of five specifically on the conclusion.

*Strategies for ASP Question Types..*

\* *Strengthen/Weaken Conclusion:*

1- Focus on boundary words and phrases which narrow scope of argument's premises

2- Focus on extreme words and phrases which broaden the scope of an argument

3- Boundary and extreme words may appear in answer choices, often making them incorrect, UNLESS they have the EXACT equivalent in degree of boundary or extreme within the premises of the argument itself.

4- It is easy to reverse your thinking and get confused under pressure and dealing with a difficult Strengthen/Weaken problem, so… Create S-W-Slash Chart: S – an answer choice that strengthens conclusion, W – an answer choice that weakens conclusion, Slash – that is irrelevant to conclusion.

5- The correct answer choice does not have to make the conclusion absolutely true/strong or false/weak, only increase it in the desired direction of stronger/weaker.

6- Some wrong answers can be "real-world plausible", but this is too broad and thus incorrect.

\* *Draw New Conclusion:*

"If you are asked to draw a conclusion, that conclusion MUST be true as a result of ONLY the given premises. It should not require you to make ANY additional assumptions, not even tiny ones. The correct answer is *NOT a claim or an arguable statement. Rather, it is a factual deduction* based only upon the given information. This conclusion may not even seem very meaningful or important in real-world sense; you should avoid grand conclusions, as most correct ones are simply restate one or more of the premises using synonyms. Alternatively, it might be a mathematical or logical deduction."

\* *Resolve a Paradox:*

" Like Draw New Conclusion questions, Resolve a Paradox will contain only premises. The question will often indicate what the discrepancy is or provide a keyword pointing to the discrepancy in the argument. To answer, look for the answer choice that provides new, fact-based premise that directly illustrates why the apparent discrepancy is not a discrepancy after all. You might not have anticipated the new information, but adding it to the situation still makes sense.

Note that it is called "resolve" a paradox, rather than "explain" it. Why?

"Be careful not to misread the question and think that you are supposed to explain why the apparent discrepancy exists. Remember that this is not what you are supposed to do on this question type. Rather, you must explain why the apparent discrepancy is not a real discrepancy"

*Analyze Argument Structure:*

Determine the role of the boldface statements as either: the conclusion, supports conclusion, weakens conclusion. Classify each statement into its own category BEFORE you look at the answer choices.

You may also further classify as follows: fact (evidence/circumstance/finding), opinion (judgment/claim/position by other), or conclusion (position/assertion by author). Then, skim each answer choice ONLY looking for terminology that matches these classifications. This will help in initial Process of Elimination.

About these ads (http://en.wordpress.com/about-these-ads/)

This entry was posted in Manhattan Prep: Reading Comprehension & Essays, Verbal Reasoning.
← Manhattan Prep: Text Completion & Sentence Equivalence
Introduction to Quantitative Reasoning →
Blog at WordPress.com. | Theme: Quintus by Automattic.
    Follow

# Follow "GRE Test Prep"

Powered by WordPress.com

# GRE Test Prep

## In Progress: Quantitative Review

## Category Archives: Manhattan Prep: Text Completion & Sentence Equivalence

## Manhattan Prep: Text Completion & Sentence Equivalence

This post will cover Manhattan Prep's review and strategies for two out of three types of questions in the GRE Verbal Reasoning sections: Text Completion & Sentence Equivalence questions.

Word of Comfort: It may seem daunting, but remember, since the GRE is a standardized test – "the test makers *have to* specifically construct sentences that have clues planted in them for you to find". The clues will *always* be there. All you have to do is *learn* how to find them.

---

### Text Completion

In Text Completion questions, your task is to find the choice that *best fits the meaning of the sentence* as a whole.

The Text Completion questions will either be single-black, two-blank, or three-black. You will be given five answer choices in the first case, and three answer choices per-blank in the second and third case.

The best approach is to anticipate your answer BEFORE looking at the choices. Most will simply plug the choices in, re-read, and stop when it "sounds good". This sets you up for failure. Why? Because you waste a lot of time and might easily get confused or tempted by the wrong answer.

Note: The answer choices are no longer lettered on the screen, but you might want to write "A B C D E" on your scratch paper to assist in *Process of Elimination*.

❖ **Three-Step Process for Text Completions**

1- **Read only the sentence.**

Focus on understanding the sentence, as reading the answer choices will only confuse you.

2- **Find the Target, Clue, Pivot, and create a Fill-In.**

○ Target: The Target is the thing in the sentence that the blank is describing. The target explicitly can help to locate the clue. Note: if the blank represents a missing noun, the idea of a Target may not apply.

○ Clue: The Clue is what forces the contents of the blank to be perfectly predictable. The clue should tell us more about the target.

○ Pivot: The Pivot is what determines the relationship between the blank and the clue. In other words, will the blank agree or disagree with the clue? The answer depends on the type of pivot.

Pivot Types:

   *Agrees with Clue = Same direction/positive pivot*

   *Disagrees with Clue = Opposite direction/negative pivot*

   *Double Pivots is like a 180 degree turn, it's essentially like not pivoting at all.*


   (http://norasgreprep.files.wordpress.com/2012/08/mg-20120821-00439.jpg)


○ Fill-In The Fill-In is what you predict the answer to be. Construct the fill-in out of the Clue and the Pivot. *Recycle words* if you can, this will keep you from straying too far from the given meaning of the sentence. *Don't overthink it.* You could probably imagine a fill-in far more interesting, but the GRE will want the more boring meaning. *Assume as little as possible.*

Note: Fill-In = Clue + Pivot


❖ **Practice for Dissecting Sentences**

   (http://norasgreprep.files.wordpress.com/2012/08/mg-20120821-00444.jpg)


3- **Compare to each answer choice.**

Now, you may read the answer choices, but only to find which one matches your Fill-In.

*"You should put your natural desire for good stories out of your head when you do Text Completions. What you want for your fill-in is complete predictability and redundancy. There should be no surprises in the blank – after all, this is a standardized test, and there is only one right answer. Avoid interesting stories." – Manhattan Prep, Text Completion*

Point: Standardized Test Question = Standard Answers

<u>Notes</u>:

- You have limited time, staring at words won't make up for your lack of vocabulary.

- "Your mastery of a large number of GRE words is the biggest single factor that will determine your success".

- Longer sentences are not necessarily harder, they give you more context to determine the right answer.

### ❖ Two-Blank and Three-Blank Text Completions

In the case of Text Completion questions with two or three blanks, you will NOT receive partial credit. Thus, the chance of randomly guessing the correct answer is quite low.

"It is very difficult to get these questions right based on incomplete information – you must UNDERSTAND THE SENTENCE and you must KNOW all or most of THE WORDS. One more pleasant feature of the two-blank and three-blank problems is that, while they may seem harder because they are generally longer, there are also MORE CLUES for you to find."

### 1- Start with the easier blank.

The easiest blank is often the one surrounded by the most text, typically farthest from other blanks, as it has the most potential clues around it.

### 2- Mentally paraphrase the completed part.

Then use the paraphrased information to work backwards and analyze the rest of the sentence.

### ❖ Tricky Aspects of Text Completion Sentences

An example of a tricky sentence is one that is full of switchbacks of oppositional pivots. Double-negative pivots can be confusing under exam pressure. To solve this: <u>Break it down</u>

Examples of tricky tactics: unfamiliar style/content is used, red herring clues are offered, or blanks are in tough spots.

In order to tackle these harder versions of Text Completions, break it down into pieces and make sense of the parts. Start with the easiest and clearest part of the story, and then add one chunk at a time. Also, reword or simplify to make the sentence more manageable.

> "As you go, emotionally punctuate each part of the story. Exaggerate the switchbacks in your mental voice, as if you were telling a story you really cared about. Reword as you go, if you must. Finally, as you think about the whole, discard unnecessary elements, so that you don't have to hold everything in your head at once. It might seem like a lot of work, but your brain can generate this train of thought in seconds." – Manhattan Prep

PRACTICE: "Although Paula claimed not to be _____ that she was not selected for the scholarship, we nevertheless worried that our typically sanguine friend was not entirely _____ by the decision."

(http://norasgreprep.files.wordpress.com/2012/08/mg-20120821-00440.jpg)

### ❖ Traps to Avoid During Elimination

As you follow the Three-Step Process for tackling Text Completion sentences, you ought to be aware of traps that might arise when comparing your Fill-In answer to the provided answer choices:

- *Theme Trap*

A theme trap is when a wrong answer choice is similar in theme or field of the sentence. This makes the answer choice seem appealing, as though it "fit" the sentence, when it actually doesn't. This may seem common sense, but under test pressure it can be quite a tricky trap.

> "It's possible that you might construct a narrative around the question that would make some of these trap answers appealing. But, don't write your own story, and don't pick words that just seem familiar or feel right. Have the mental discipline to follow the Three-Step strategy every time" – Manhattan Prep

- *Easy But Not Close Enough Trap*

An Easy But Not Close Enough trap is when a wrong answer choice is in the ballpark of the sentence correct answer, but something is just "off" in meaning, but is appealing because it is familiar and easy.

- *Vocabulary Trap*

If you followed the Three-Step strategy, and the Process of Elimination has led you to two possible answers where the word you know is "off" in meaning enough to look like the Easy But Not Close Enough Trap, than the other word is correct. DON'T BE AFRAID TO CHOOSE IT EVEN IF YOU DON'T KNOW WHAT IT MEANS.

- *Degree Trap*

A Degree Trap is when a wrong answer choice seems appealing because it fits the sentence theme, pivot direction, meaning, etc. but is too strong or weak to be correct. For example, if the correct answer was the equivalent of "scared", thus choosing "terrified" would be too strong of a degree in meaning.

❖ Recap of Text Completion

   (http://norasgreprep.files.wordpress.com/2012/08/mg-20120821-00442.jpg)

─────────────────────────────────

### Sentence Equivalence

Sentence Equivalence questions are similar to single-blank Text Completion questions. The big difference is that there are six answer choices, and TWO answers are correct. There is no partial credit. You will also notice that the answer choices will have circular buttons to click, rather than square checkboxes as in Text Completion questions.

**Two Methods for Sentence Equivalence:** Sentence Analysis & Answer Choice Analysis

❖ **Sentence Analysis**

As with the Text Completion, remember to not create your own interesting stories and narratives for the sentences. ONLY work with what is in the sentence.

1- **Find the Target**

What is the blank about?

2- **Find the Clues**

What does the sentence tell you about the target? "DO NOT GUESS, ASSUME, OR USE OUTSIDE INFORMATION. The Clue will be *physically* present in the sentence". Do not go beyond it.

3- **Look for Pivot(s)**

Does the sentence have a pivot? "Pivots indicate whether the blank is on the same side as the opposite side from the Clue".

4- **Create a Fill-In**

Based on the Clue, keeping in mind any Pivots.

❖ **Answer Choice Analysis**

This is the "built-in backdoor strategy" for tackling Sentence Equivalence questions. When using this method, you can actually proceed directly to the answer choices before reading the sentence (this is not always advised, however).

## Understanding the *Correct* Pair of Answer Choices:

1- The pair of words that DO contain pairs of words mean the same thing but do NOT fit into the sentence = Wrong answer choices.

2- The pair of words that DO fit in the sentence but may NOT mean the exact same thing = Correct answer choices.

3- Why? Because all that matters is that the resultant sentences mean the same thing.

4- However, in order for two sentences to mean the same thing, the words have to be pretty close in meaning. You might call them "Near-Synonyms".

## Analyzing the Answer Choices:

Most sent of answer choices are "Two by Two" –

Two Pairs of Synonyms & Two Unrelated Words

## Well, which pair of words Correct?

1-  Eliminate the Two Unrelated Words

2-  Eliminate the weak & related of the Two Pairs of Synonyms.

3-  The correct answer is the pair of words that remain.

## ❖ When to Use the Answer Choice Analysis

"Most test-takers don't have strong enough vocabularies to be able to complete the Answer Choice Analysis consistently. Thus, Sentence Equivalence will probably be a first line of attack for most people, and Answer Choice Analysis a back-up plan" – Manhattan Prep

Note: Sometimes three words will form a triplet of related words. Two will form the correct pair, while the third will be off in spin or degree.

---

### Final Notes on Text Completion & Sentence Equivalence

- If you cannot find a synonym pair, you are unlikely to get the question correct. Accept that fact, don't waste time, make a guess, and move on.

- If you don't know the words, you wont do any better by attempting the question twice, just make a guess and move on.

- If you don't know the words, make a guess, and don't leave the question blank.

In conclusion, BUILD YOUR VOCABULARY.

Leave a comment Posted in Manhattan Prep: Text Completion & Sentence Equivalence, Verbal Reasoning
Blog at WordPress.com. | Theme: Quintus by Automattic.
    Follow

# Follow "GRE Test Prep"

Powered by WordPress.com

Skip to content
The Pursuit
A Young Professional's Journey to Finding Happiness

- Home
- About Me
- About the Blog
- Best of The Pursuit
- Resume

Jun 13 / Sarah Mitus

# 5 Tips for Studying for the GMAT

5 Tips for studying for the GMAT, GMAT, GMAT girl problems, how to study for the GMAT

I took the GMAT a little less than a month ago, and am quite content with my score. While my chances of going to an Ivy are slim, I feel good about my chances to get in to many of the other programs I'd be interested in attending. So I thought I'd help you out, if you're thinking about taking it, to understand what helped me most while studying.

**5 Tips for Studying for the GMAT:**

**1. Start Early**

Starting your study routine early is really instrumental to long term success. It sucks, because you will spend so much time studying, but I really think that helped me to never feel like I was cramming. Get a few books (I had a mix of Kaplan and Manhattan prep books) and follow their guides for reviewing the entire test. The Kaplan book suggests you study for ten hours a week for ten weeks. I'd say I probably did about eight hours a week for thirteen weeks, with a few breaks in between.

**2. Build a Routine**

The only way I could continue to study is because I had told a lot of people I was and because I had built it into my daily routine. I would work, make dinner, study for a few hours, then hopefully make it to the gym for around nine so I could get a short workout in. On weekends, I would primarily take long practice tests and leave it at that.

The last month, the routine became a little more strenuous. I went to the gym less because I was spending more time studying (and sadly work got a little crazy at the end too).

**3. Have Support**

My relationships with friends and family weren't neglected during this time, but certainly weren't worked on either. Everyone understood that I needed to focus for awhile, but then I'd be back to normal after my test. This isn't to say you shouldn't see friends or have conversations, but your

weekday dinners might not happen, and staying out late on the weekend may happen less than you'd want.



## 4. Take Breaks

There are some days you just aren't going to want to study. That's okay! Instead of getting frustrated by how poorly you're doing, take that night off. It's much better to miss a day (that's why you built more time into your schedule!) than to get down about your study habits. As long as this doesn't happen too often, you'll stay on track and do well.

## 5. Test

The last three weeks or so of my prep was dedicated mostly to taking practice tests. While I didn't feel like I could learn much more to help me answer problems correctly, I knew I needed to be exposed to more questions and to be more comfortable with taking tests. Don't worry about the essays when you do this, but sit down multiple times a week, even after work when you're exhausted, to get a practice test done. Your brain will get used to how much time you have to take each section, and hopefully your brain will eventually be coherent even at the end of the exam.

The Manhattan books come with six CAT exams that you can take multiple times. While you still see some of the same questions the second time around, you will likely see new questions, too. These tests are great because they also analyze what you do well and what you do poorly so that you know which sections to go back and review.

Do you have any tips for future GMAT takers?

```
   0
```
Tweet

0

Share
0



# Preparing for the new GMAT

Posted by Christina Katerina on June 1, 2012

Like | 7 |  Send   Tweet



Aspiring executives should prepare for
the new GMAT

For many would-be master of business administration (MBA) students, the Graduate Management Admissions Test (GMAT) is a hurdle they will have to clear before gaining admittance to their preferred business school. As the Graduate Management Admission Council (GMAC) prepares to unveil **new changes to the examination**, students may want to familiarize themselves with the test's new integrated reasoning (IR) module to give themselves the best possible chance.

The new section of the GMAT will be introduced on June 5. Candidates taking the exam can expect to spend approximately 30 minutes on the section, which is designed to assess individuals' analytical and critical thinking abilities.

"This new IR section, which will be graded separately and will not count towards the overall 200-800 score, will measure the ability to analyze both quantitative and verbal information, but with a twist or two, and is a much different animal than the issue essay it replaces," said Chris Ryan, vice president of academics for GMAT preparation service provider Manhattan Prep.

According to the GMAC's official website, the IR section was developed after officials at GMAC consulted more than 740 executives at organizations around the world. The new additions to the GMAT reflect the changing skills required of MBA degree graduates in the modern workforce.

# Explore Top Online MBA Degree Programs Now

### Hoover's - Official Site
www.hoovers.com
Company profiles, up-to-date news, & more. Search our listings now! AdChoices ▷



# Request Info



Degree Level Choose a Degree Level ▼

Program Please select a Degree Level ▼

First Name

Last Name

Street Address

City

State Choose a State ▼

Zip Code

Email address

Phone Number

High School Graduation Year Select H.S. Graduation Year ▼

Highest Level of Education Select Highest Level Education ▼

Are you or your spouse in the military or military veterans? Select Military Status ▼

All fields are required.

By submitting this form, I acknowledge that I will be contacted by an official representative from selected schools.

Submit

Explore

- Home
- Online Programs
- Financial Aid
- College & University News

Copyright 2013 © i3results, LLC
9501 Northfield Blvd | Denver, CO 80238

- About Us

- Advertise
- Contact Us
- Privacy Policy
- Terms & Conditions

# UniversityPreppy

## Your tour guide through the journey towards higher education

July 6, 2012

# Preparing for the SATs

Leave a comment

*Ahhh! It's so hot that my brain has stopped working and you're telling me that I should be STUDYING?!?! But it's summer vacation!*Right. I know. But if you're a rising Senior, this is the prime time to start preparing all the "ingredients" for your college applications. The one "ingredient" that gives Seniors the most anxiety is the SATs.  Your approach to studying successfully is not unlike the many ways that people try to lose weight – There are many ways to prepare for the exam.

1) Become a Cramorexic

That means that you will be living like a hermit, burying yourself in thousands of vocabulary flashcards…living, sleeping, eating the SATs. And like those who crash diet, this method IS effective; but is it worth all the stress, misery and anxiety? Like people who become obsessed with dieting, your health and social life become victims of your newfound obsession, not to mention that it isn't sustainable long term and often end up with volatile ranges in scores (like yo-yo dieting). There must be a better way! Well, continue reading…

2) Enroll in a Test Prep Program

Think of this as the Weight Watchers approach of test prep. There are hundreds of companies (Kaplan, Princeton Review, Manhattan Prep, Knewton, etc.) that have made big business of test-prep. Literally. The courses are use tried and true curriculum in exam prep. The classes are taught by people who have scored higher than 95% in the exam.   The instructors are usually quite good and the structured curriculum is very much like any other high school class -- replete with class lectures, homework and quizzes. This is a great option for anyone who needs structure to get his/her SAT practice. The courses will teach you HOW to study for and take the test, BUT. It is still up to you to follow the curriculum – to attend all of the classes, to complete the workbooks, to take all the offered practice exams, etc. How do you know if this is for you? Do you get up early every morning to go for a run if someone signed you up for a marathon? I don't know about you, signing up for classes is the only way some of my friends get in any exercise. For me, I'd still skip it (which is probably why I'm so out of shape!) On to the next option!

3) Study independently.

C'mon. We all know how to lose weight -> work out more, eat less. Similarly, we all know how to study for the SATs. 1) Grab a book (I recommend Gruber's or Barron's SAT prep books) that contains test taking advice, worksheets and practice exams. 2) Work your way through it. Make sure you time yourself with each mini-section, try again on your incorrect answers, then read the answer explanations. 3) Once a week, take a full length practice exam. 4) Repeat. As you work through the book(s), you'll learn which sections are your strongest and those that need more work. Adjust accordingly.

4) All of the above

If you've ever watched the Biggest Loser, the contestants diet like maniacs, exercise non-stop, engage in group therapy, and are intensely focused on an end date and goal. Think of the SAT exam in the same manner. Your FINALE is the date of the exam. Work towards that goal. You can use any combination of the options list above. Use every weapon in your arsenal!

Whatever method(s) you employ, stay dedicated and focused on the goal. If you apply yourself, you can expect to improve your score by about 200+ points/section in ~3 months. Your scores may dip a bit initially as you become accustomed to the new test taking techniques, but don't give up!

About these ads (http://en.wordpress.com/about-the

Posted by universitypreppy in Uncategorized
Tagged: Grubers, Kaplan, Princeton Review, SAT, Studying for the SATs, Test Prep, tips

← Choosing a college – Things to consider
Tip of the Day – Me Fail English? Edition →
Blog at WordPress.com. | Theme: Splendio by DesignDisease.
   Follow

# Follow "UniversityPreppy"

Powered by WordPress.com

red mud stain

# The GRE and Bookstores

By redmudstain / 26 August 2012 / Journal: A Memoir / One Comment

Just to clarify, I *am* actually working a real job in Chiang Mai, not just traveling and having fun and escaping the real world.

Now with my foot in the door in the world of international development, I cannot stop thinking about Grad School. Yes, it is intimidating thinking again about all-nighters in the study lounge, endless coffee purchases, solving probability functions during Thanksgiving, and setting 5 alarms as insurance before my final in the morning. Is it twisted, however, that I also find this thrilling? Call me a nerd, but I love to learn. It's a pain in the a** sometimes, but it's all for the *passion*, man!

In this vein, I decided I should start preparing to take the GRE. First, buy some study guides! To the bookstore I go! Lonely Planet suggests *Backstreet Books* near Tha Pae Gate. I head to BB, but no study guides. I go next door to *Gecko*. There is a GRE study guide from 1996. uh, no. The lady suggests I go to *DK Books* down the road. GRE books found! But they are all in Thai. Back home to do a Google search.

Next day. *Suriwong Book Centre* southeast of the moat. Small, quality selection of books in English, but no study guides. Ok, last bookstore I know of: *Asia Books* at the Airport Plaza. Tiny bookstore on the 2nd Floor of the mall with Test Prep Guides!! Mostly for GMAT and SAT, but a couple for GRE. Barrons *New GRE*, but for 1195THB! and Princeton's *Cracking the GRE*, but I don't want that one. That's it.

So, I suppose if you plan on studying for the GRE while living in CM, try to buy the guides in your home country and lug them over. If you can't do that, then Amazon is your saviour.

All the books/materials I was searching for were found on Amazon Int'l, who tacked on a $42 S&H fee. Here's what I ordered:

**"Manhattan Prep GRE Set of 8 Strategy Guides, 3rd Edition (Instructional Guide/Strategy Guide)"** Manhattan Prep, -; Paperback; $76.78

**"GRE Math Prep Course (Nova's GRE Prep Course)"**
Jeff Kolby; Perfect Paperback; $22.92

**"Barron's New GRE Flash Cards, 2nd Edition"**
Weiner Green M.A., Sharon; Cards; $11.43

**"Barron's New GRE, 19th Edition (Barron's GRE)"**
Weiner Green M.A., Sharon; Paperback; $11.39

**"GRE The Official Guide to the Revised General Test with CD-ROM, Second Edition (GRE: The Official Guide to the General Test)"**
Educational Testing Service; Paperback; $23.10

Yes, that's 11 books and a stack of flashcards. I'm intense about studying.

<u>About these ads (http://en.wordpress.com/about-these-ads/)</u>

Tags: <u>chiang mai bookstores (http://redmudstain.wordpress.com/tag/chiang-mai-bookstores/)</u>, <u>GRE (http://redmudstain.wordpress.com/tag/gre/)</u>



# About redmudstain

An American Expat in Chiang Mai, Thailand  Not willing to settle down just yet - I'm only in my mid-twenties after all - I took a leap across the big big pond and fell onto Thai soil. Well, it was a little less spontaneous than that... After a grueling application process, Princeton in Asia bestowed upon me a one-year fellowship with The Life Skills Development Foundation in Chiang Mai. A renowned child rights non-profit foundation in Northern Thailand, TLSDF is giving me the opportunity to research critical social issues, travel across field sites in the nation's upper regions, converse with the international human rights community and of course, learn Thai!  This is my life - the beauty, struggle, culture shock and adventure - in the charming city of Chiang Mai.
<u>View all posts by redmudstain →</u>

# One Comment

1.
   *Rose Lee*
   13 January 2013 at 20.40
   <u>Reply</u>

Good information about GRE. its need is still required. some useful material about GRE Vocabulary Guide

Blog at WordPress.com. | Theme: Imbalance 2 by WPShower.

Follow

# Follow "red mud stain"

Powered by WordPress.com

  

| ADD TO: |
| --- |
| Blink |
| Del.icio.us |
| Digg |
| Furl |
| Google |
| Simpy |
| Spurl |
| Y! MyWeb |

## Like this Page

CLICK this button to recommend this page to Google.

0

**No GRE Graduate Schools** Skip Your GRE Prep ;

**The GRE Has Weaknesses** And if you can beat th

**Kaplan Test Prep** Higher Score Guaranteed Or You

**6 Week GRE Class – $499** In-Person Classroom C

# GRE Review Class

## How to Select a GRE Review Class?

Preparation is the key to a high GRE score. You can prepare for the GRE by joining a **GRE review class**, online GRE classes or do a self study. Joining classes for the preparation is the best option. In this method of preparation, you are in direct contact with your instructors and you study in a group. There will be competition when you study in a group. This will improve your performance. Tips and strategies will be given by your instructor based on your skills. The instructors will motivate you to get higher scores. Joining a **GRE review class** saves a lot of time as the plan of study is already charted and the methodology they use is standardized over years of coaching.

There is many a **GRE review class** available today. A good course is one which has

- Good and experienced faculty
- Good track record of high GRE scores
- Good study material
- Many mock GRE tests
- Review sessions after the test

Before you enroll in a course, check the reviews of the course. If someone known to you has taken up the course, get first hand information about the course from that person. Check for the fee of the course. Some courses are very expensive. Check if the course is worth spending so much money. Some of the good GRE review courses are discussed below.



ADD TO:

Blink

Del.icio.us

Digg

Furl

Google

Simpy

Spurl

Y! MyWeb

**Online Nursing Degrees**

Waldenu.edu/Nursing_Programs

Advanced Interactive Classrooms in a
Modern Online Learning Community!

AdChoices [>

**No GMAT** |

www.GMAT

Earn Your MBA from an Accredite

## Like this Page

CLICK this button to recommend this page to Google.

0

Manhattan Prep - http://www.manhattanprep.com/gre/gre-prep-class.cfm

Manhattan Prep offers a very good **GRE review class.** Only those who have scored in the 99th percentile in GRE are chosen as instructors. The instructors' selection process is highly competitive and the chosen instructors are paid high remuneration. Once you join Manhattan Prep for the class, you can be sure that you are learning from the best instructors. The course has 9 sessions and each session is for 3 hours. Both Verbal and Quant topics are covered in each of the sessions. Apart from teaching test taking strategies and skills, mastering the content of the GRE test is given importance.

8 Manhattan GRE Strategy Guides and The Official Guide to the GRE revised General Test are given as part of the course materials. Section Adaptive Practice Tests are given to make you aware of how the GRE test will be. Assessment reports are given for the tests. Manhattan Prep's GRE course is a comprehensive course.

**The Princeton Review** - http://www.princetonreview.com/grad/gre-courses.aspx Good instructions and practice for GRE test is the highlight of Princeton Review's GRE review class. The course is for 24 hours. 7 full-length GRE mock tests will be administered. The instructor will personally review each of your tests to help you reduce your mistakes and score higher. Apart from the 24 hours of live instructions, you can access 90+ hours of online GRE lessons. Feedback of your essay from a specialist in GRE essays will be given to you. All the study materials are comprehensive.

The price of this course starts at $1199 and may be higher depending on your preferred location.

PowerScore - http://www.powerscore.com/gre/content_index.cfm PowerScore offers 2 types of classroom GRE courses.

1. The PowerScore Full-Length GRE Course - Fees-$995
2. The PowerScore Weekend GRE Course - Fees- $395

*The PowerScore Full-Length GRE Course*

This GRE review course of PowerScore offers 30 hours of extensive coaching for GRE. In this time, 10 lessons are covered. Of these 10 lessons, 5 are for the Math Sections and the other 5 are for the Verbal Sections. All the instructors have scored in the 99th percentile in GRE. 3 practice tests are administered as part of this course. If you need homework help, GRE hotline is available which is free. Even in a classroom setting, personal attention is given to the students.

*The PowerScore Weekend GRE Course*

This course is for 16 hours and the course is completed in 2 weekends by instructors who have scored in the 99th percentile in GRE test. Course material and home work material are exhaustive. Personal attention is given to all the students.

## Terms and Conditions

Information published in TestPrepPractice.net is provided for informational and educational purpose alone for deserving students, researchers and academicians. Though our volunteers take great amount of pain and spend significant time in validating the veracity of the information or study material presented here, we cannot be held liable for any incidental mistakes. All rights reserved. No information or study material in this web site can be reproduced or transmitted in any form, without our prior consent. However the study materials and web pages can be linked from your web site or web page for

- Research

- Education

- Academic purposes

No permission is required to link any of the web page with educational information available in this web site from your web site or web page

### Academic volunteers and Technical Volunteers Required

Though we are a Non Profit Organization, We receive numerous queries for donations to help run our web site in turn helping students and academic researchers. As per our initial Vision/Mission statement protocol We **do not accept money donations** and also we will not have any advertisements of any commercial entity in our web site. However, we struggle a lot because of lack of volunteers (Content Writers, Career Counselors, Web Masters, Web designers). We need volunteers who are able to spend a minimum of 2 hours per week. Our volunteers and free service providers (Hosting, Web Administration, and Private Libraries) and students who use TestPrepPractice.net are our oxygen and not money. If you wish to help us and thousands of students and have time to volunteer, Kindly send us an email at - pat.leadvolunteer[(-AT-)]TestPrepPractice[(-DOT-)]net. To know more about existing volunteer needs visit
Visit: <u>Volunteers Required</u>

### Latest News Update - Web Hosting Problem

We were in desperate need of a web hosting service as we are not able to afford our current paid hosting. As per our protocol we do not receive money donations; we are struggling to continue with our current paid host. Many web hosting services are willing to provide us hosting but are asking for advertisement of their hosting services which is again against our core objective (maintaining TestPrepPractice.net advertisement free). Fortunately, we have got a free hosting offer for 5 years. If that works out well we will be out of trouble. **We will update** all of you when the good thing happens

# Free-GRE-TEST

A resource for the best free gre resources around the web

# The Top 10 Websites for GRE Prep

leave a comment »

Before you shell out big money for prep classes, check out some of the best prep material that the internet has to offer. Here is a list of the ten best websites for GRE preparation.

If you still need to register for the GRE check out this post.

1. **ETS.org**: Become very familiar with this site, as it is the official test-maker of the GRE. If you have any questions about the test beyond test prep practice, look no further than the ETS. Make sure to download the PowerPrep program for the best GRE test simulation you'll find anywhere.
2. **Testprepreview.com**: This site has an abundance of practice questions and review material. Use the brief but effective "self-assessment modules" to get the most out of this site.
3. **Sparknotes.com**: Known for their literature study guides, Sparknotes also has an impressive amount of study material for standardized tests. While you won't find much practice material here, you should take advantage of the high-quality writing and organization of their prep material.
4. **Majortests.com**: A simple site with quality material, majortests.com should be your first stop for practice questions. The site has a clean layout for easy navigation.
5. **My-GRE.com**: My-GRE.com offers a simple but content-rich database of practice questions and review material. It also has some useful information about the upcoming Revised GRE.
6. **GREguide.com**: Take advantage of this site's word lists and free practice material, but beware of a confusing layout and pay-only materials.
7. **Manhattanprep.com**: While Manhattan Prep generally does not offer its services for free, you can find a free practice test on their website. Because this company is pretty reputable, you can trust the test results to be pretty accurate.
8. **Grockit.com**: For a refreshing alternative to the bulk of test prep sites, Grockit offers interactive chatroom-style games that allow you to collaborate with other students as you learn.
9. **PrincetonReview.com**: Like Manhattanprep.com, Princeton Review rarely offers its services for free, but they do happen to offer a free GRE practice test on their site.
10. **Youtube.com**: While Youtube may not offer practice test questions, it does offer the most comprehensive database of educational material on the internet. There are plenty of videos dedicated specifically to GRE testing strategy and material review.

About these ads

share

- 
- 
- 
- 

Feedback
See More Videos



Written by freegmattest

November 18, 2011 at 12:00 am

Posted in Free test prep, GRE, Math, online test prep, Test Day Strategy, Test Prep, Verbal

Tagged with free GRE advice, free GRE oniline services, GRE, GRE test prep, GRE websites, math, strategy, study, test prep, verbal

Blog at WordPress.com. Theme: The Journalist v1.9 by Lucian E. Marin.

Follow

# Follow "Free-GRE-TEST"

Powered by WordPress.com