**GMAT Club Verbal Advantage** - join us and 7 GMAT experts to get better at verbal for FREE (articles, ac




HOME    FORUM    SELF PREP    DEALS    MBA PROGRAMS    MARKETPLACE    BLOG    CHAT    1MM V

You are here:    GMAT Club Forum Index
                 GMAT                                                or
                 Ask GMAT Experts
                                                                                 Not a Member?

| 06 FEB Wed | The Economist **Which MBA? Fair** Feb 6, 7 & 9 | 07 FEB Thu | **Thursdays with Ron** Study with a MGMAT instructor for 1.5 hrs or view recorded sessions | 07 FEB Thu | mb: MBA A 7l |

Search    Register

# Inconsistency on prep test...

   QUESTION BANKS    DOWNLOADS    BOOKMARKS

Oldest    Best Reply                                                              Like

Author

**whan311**
Intern





Joined: 02 Jan 2012
Posts: 10
Location: United States
Concentration: Marketing, Finance

Inconsistency on prep test... [#permalink]

Hi All,

Just trying not to get demoralized by the latest Manhattan Prep test sc away from the test date, the latest dip and inconsistency overall isn't h

GMATPrep Test 1: 710 Q50 V40
GMATPrep Test 2: 660 Q47 V34
GMATPrep Test 3: 760 Q51 V41 (3 - 4 questions repeating in each sectio
GMATPrep Test 4: 760 Q51 V41 (3 - 4 questions repeating in each sectio
Man Prep Test 1: 750 Q51 V41
Man Prep Test 2: 720 Q50 V38
Man Prep Test 3: 740 Q51 V40
Man Prep Test 4: 690 Q48 V36 (Test taken after CAT Recalibration on A

Can anybody shed some light on the latest recal of Manhattan? The que after correctly answered 3 700-800 questions, the last 3 questions were

|  | Author |  |
|---|---|---|
| | **Schools:** Kellogg '15, Booth '15, CBS '15, Ross '15, Yale '15<br>**GMAT 1:** 760 Q50 V41<br>**GPA:** 3.89<br>**WE:** Marketing (Manufacturing)<br>**Followers:** 0<br>**Kudos [?]:** 5 [0], given: 0 | have improved the Verbal.<br><br>Any suggestions, comments are welcome.<br><br>Thanks. |

Kaplan GMAT Prep Discount Codes                                       Knewton GMAT Discount Cod

## DmitryFarber
Manhattan GMAT Instructor



Re: Inconsistency on prep test... [#permalink]

Hi,

The recalibration applies solely to how we derive your subscores and ov changes in the real exam. Nothing in our actual test material has chang verbal subscores down by 1-2 points, it looks like part of your drop is du previous scores, you should still be able to hit 700+ on a good day.

I hope this helps!



Dmitry Farber | Manhattan GMAT Instructor | New York

Manhattan GMAT Discount | Manhattan GMAT Course Rev
Manhattan GMAT Reviews

**Joined:** 22 Mar 2011
**Posts:** 185
**Followers:** 45
**Kudos [?]:** 79 [0], given: 5

## qweert
Manager

**Joined:** 27 May 2010
**Posts:** 205
**Followers:** 2
**Kudos [?]:** 7 [0], given: 3

Re: Inconsistency on prep test... [#permalink]

Why the recalibration? I always got the feeling your MGMAT score is pro



gmatclubot

Re: Inconsistency on prep test... [#permalink]

Author





Similar

| | | | | |
|---|---|---|---|---|
| | | | | Inconsistency |
| | | | | prep test |
| SIMILAR TOPICS: | | 1 | | Inconsistency in scores |
| | | | | Inconsistent scores |
| | | 3 | | Inconsistent performance in tests |

Display posts from previous: All posts ▼    Sort by Post time ▼    Ascendi

NEW TOPIC    POST REPLY    **QUESTION BANKS**    **DOWNLOADS**    **BOOKMARKS**

Like 0

You are here:    GMAT Club Forum Index    GMAT    Ask GMAT Experts

**Fast. Powerful. Effective. Norton 2012**
Get the #1-ranked online security that won't slow you down

NEW

[ Mobile Version ]

GMAT Club MBA Forum Home | About | Privacy Policy | Terms and Conditions | GMAT Club Rules | Contact

Powered by phpBB © phpBB Group and phpBB SEO

Kindly note that the GMAT® test is a registered trademark of the Graduate Management Admission Council®, an

| MAIN NAVIGATION | GMAT RESOURCES | PARTNERS | MBA R |
|---|---|---|---|
| Home | Build Your Study Plan | Kaplan | Full Tir |
| GMAT Forum | GMAT Questions | Knewton | Part Ti |
| GMAT Prep Courses | Best GMAT Books | e-GMAT | Interna |
| MBA Programs | All the GMAT Tests | Manhattan GMAT | Best A |
| Self Prep | GMAT Club Tests | Veritas Prep | Best M |
| GMAT Blog | Test Dates | GMAT Pill | Applica |
| GMAT Test | GMAT Math | Magoosh | Intervi |
| GMAT Wiki | GMAT Verbal | Princeton Review | Resum |
| GMAT | Error Log Templates | Partner Reviews | Free P |
| Chat | GMAT Official Guide | | Why M |
| About | GMAT Score Calculator | | |
| Contact | | | |
| Advertise | | | |

www.gmac.com    |    www.mba.com

The GradCafe Forums → Applying to Graduate School → Applications → GRE/GMAT/etc



Book a hotel near Denver, CO



Hello! Welcome to The Gra
the forums and view posts.
must register before you car
process that requires minim

- Participate in discuss
- Subscribe to topics ar
- Search forums
- *Removes some adver*

Notices

- [December 2012] November Stats: Did you make it to the top ten posters? Check here
- [December 2012] Interested in Blogging: If you want to share your admissions story with th



# Best Guess on New Gre Percentiles

Started by Daisy Fields, Aug 19 2011 06:22 PM

Page 4 of 7

George2248

> djperry, on 16 Sept 2011 - 18:02, said:
>
> Some more numbers for everyone:

> I took 5 manhattan tests and nothing else.
> My Manhattan Scores were: V: 770, 730, 710, 690, 730 Q: 790, 800, 800, 790, 800
>
> Took the actual GRE 2 days ago.
> V: 750-800 Q: 750-800
>
> Verbal felt similar but I felt like I was doing worse because of the pressure not necess[...] easier than Manhattan.
> Quant was definitely easier than Manhattan, most of all in the time constraint. Data graphs were much much simpler than Manhattan.

Ive heard that math is deffinitly easier than Manhattan and I hope that is t[...]

But your results bring me another question: since you are prob. very close tests, is this range 750-800 the highest range right now? or have anyone g[...] actual test? (like 770-800)

Congrats on those scores also, I guess you expected them with those practi[...]

---

**djperry**

Ahh, you saw right through my post 😊 My advisor essentially has been te[...] excuse for someone looking to do an EE Ph.D. at a top school not to get an[...] if that 750-800 is a 750 and not an 800 lol. It would be nice to know if son[...]

As for expecting the scores, I try not to expect things, just tried to stay rela[...]

---

**Kimmo**

I took the GRE today and scored worse than every practice test I'd taken.

Poperprep score (I took this before studying or reading anything about the[...]
V: 650-750
Q: 750-800

Kaplan (taken after memorizing the Kaplan 500 words, and some from Ba[...]
V: 620-720
Q: 750-800

I also took a paper-based practice from a book released by ETS with rough

Score from the real test:
V: 460-560
Q: 730-800

So it seems like I've wasted many many hours memorizing words and tryin
into the test not having done as much as a single practice problem and sco
received today.

Guess I'll be retaking this in November, or as soon as they allow me to rete

---

George2248

> djperry, on 16 Sept 2011 - 18:45, said:
>
> Ahh, you saw right through my post 😳 My advisor essentially has been telling me f
> someone looking to do an EE Ph.D. at a top school not to get an 800 on quant. So oh
> and not an 800 lol. It would be nice to know if someone has gotten a higher score ra
>
> As for expecting the scores, I try not to expect things, just tried to stay relaxed.

From what Ive seen I believe 750-800 is the maximum range right now, an
would be good if anyone have seen a higher rank to post it here...

---

mo mo

Hi all,

I just took the GREs today and these were my scores:

Quant: 700-800
Verbal: 690-790

I actually started by studying a 2010 version of Princeton Review's GRE st
Barron and Kaplan's new GRE study books. I am OK with these scores, an
got from on the Powerprep practice test that I took last Saturday, but don't

terms of percentiles or the new scoring system.

Hopefully this is good enough to get me into where I wanna go!

And hopefully this is helpful for you guys.

---

**habanero**

I just took the exam and got V: 740-800 and Q: 730-800. I need a 750 Q f
I'm a little annoyed that I need to wait until November to find out if I will j
information! I'm going to be worried sick for 2 months.

---

**BlackHatGuy**

I took a number of Kaplan tests prior to taking the exam. The math section
GRE. The Kaplan verbal, however, was quite a bit harder.

Lowest Q: 700-800
Lowest V: 680-780

Highest Q: 750-800
Highest V: 750-800

I also took the PowerPrep test a week before the actual exam, and my score

Q: 740-800
V: 750-800

---

**Karajan**

How have people found that the Manhattan Prep verbal sections compare

---

**habanero**

Oh, I should add that I found Powerprep II's verbal to be much harder tha
much easier.

---

**crater21**

I found Manhattan verbal to be significantly harder than the actual test. O
including a 680 and a 690. On the actual test, I got 750 - 800.

**Karajan**

Thanks for the response, crater. I've been getting scores all over the place
actual test is a bit easier; sounds like the math sections are easier than Ma

**Robosagogo**

I know that our score reports will include actual scores according to the ne
the old scale (to ease the transition from one scale to the other), but does a
old scale will be presented as a single number or as the same range we wer

**koljaoo**

> *Robosagogo, on 21 Sept 2011 - 10:26, said:*
>
> I know that our score reports will include actual scores according to the new scale an
> ease the transition from one scale to the other), but does anyone know if our scores a
> single number or as the same range we were given at the end of our tests?

Id assume they are just going to translate the percentile that you scored in

**George2248**

Ok so I ask one last time to see anyone can help:

This is my last week and I am taking the test on monday. Ive already taken
Kaplant test. I really need one more good practice test before monday but
wanted to buy a kaplan test but I dont see where I can do that on the webs

I really appreciate some suggestions,,,, Thanks.

**crater21**

> *Robosagogo, on 21 Sept 2011 - 10:26, said:*
>
> I know that our score reports will include actual scores according to the new scale an ease the transition from one scale to the other), but does anyone know if our scores single number or as the same range we were given at the end of our tests?

Hey, my understanding is that if you took the revised test, your score repo (and the percentiles). It will not show scores based on the old scale.

If, however, you took the old GRE, and you're submitting scores after Nov and the estimated scores on the new scale.

Look at page 4 of the following:

http://www.ets.org/M... supplement.pdf
(http://www.ets.org/Media/Tests/GRE/pdf/14521_0ETSS036_suppleme

---

**crater21**

> *George2248, on 21 Sept 2011 - 17:19, said:*
>
> Ok so I ask one last time to see anyone can help:
>
> This is my last week and I am taking the test on monday. Ive already taken 1PP, 3 M really need one more good practice test before monday but I cant find a good one (fr dont see where I can do that on the website.
>
> I really appreciate some suggestions,,,, Thanks.

Why don't you do another Manhattan test?

---

**Robosagogo**

> *crater21, on 21 Sept 2011 - 17:37, said:*
>
> Hey, my understanding is that if you took the revised test, your score report will ON

percentiles). It will not show scores based on the old scale.

If, however, you took the old GRE, and you're submitting scores after November, you estimated scores on the new scale.

Look at page 4 of the following:

http://www.ets.org/M... supplement.pdf (http://www.ets.org/Media/Tests/GRE/p

> Quote
>
> • A new score concordance table that will create an easy bridge from current test scores (200 – 800 score scale) to revised test scores (130 – 170 score scale). It's designed to ones, includes percentiles and features printed charts and online tools to allow you t
>
> **A revised score report** that's been enhanced to offer even more information about a candidate. Th **concordance information** when appropriate, directly on the score report, so you will have all the l applicants — easily and effectively.
>
> This new table will become available in November 2011 after the statistical analyses required for the r

George2248

> crater21, on 21 Sept 2011 - 17:39, said:

> Why don't you do another Manhattan test?

I bought 6 of them, I did 3 and my brother the other 3, they dont let you re
Same with Princeton I already did all of them. I wanted to do one kaplan b
buy another.

If anyone have any other suggestion ill really appreciate it

---

resource

Hi all,

I found this forum as I've been scouring the internet for help deciphering
all of this analysis. I'll add to the practice test scores so we all have a little
until November.

**Revised GRE:**
Quant: 750-800
Verbal: 730-800

**Powerprep II:**
Quant 750-800 (6 wrong, 2 on first section)
Verbal: 750-800 (4 wrong, 1 on first section)

**Princeton Review Online Tests:**
Test 3
Quant: 162 (8 wrong)
Verbal: 166 (4 wrong)

Test 6
Quant: 161 (9 wrong)
Verbal: 157 (11 wrong)

Test 7
Quant: 163 (5 wrong)
Verbal: 157 (11 wrong)

Test 8

Quant: 160 (8 wrong)
Verbal: 159 (8 wrong)

I also did the practice test in the **ETS book** and scored:
Quant: 750-800
Verbal: 680-780

**Old GRE** (three years ago -- only studied for quant):
Quant: 760
Verbal: 540
AWA: 4.5

In the Barron's and Princeton Review books, I would consistently get 2-6 c
scoring metrics were not ideal -- I usually translated them with ETS' scorir

Also, I found a lot of errors on the PR online tests and in the book. Specific
functionality of the program was subpar. The "highlight a sentence" questi
wouldn't load, and some answers to questions were flat out wrong. So, I w
bound to what you are capable of. Despite the errors, the PR tests are grea
environment and time constraints.

---

resource

I'll add some more details on my testing experience to inform those who ha

I scored 730-800 on the verbal. I found the verbal to be significantly more
section was tough, with difficult vocab (which I had been acing on practice
equally as difficult, if not harder. This leads me to believe that the section v
uncertain on 4-5 questions and probably got some of those (and likely mor

I scored 750-800 on the quantitative section (3 parts). It was pretty straigl
as Powerprep, with no big surprises. My data interpretation questions wer
I would deem a "hard to very hard" question. That said, I usually make 2-3
well prepared from studying the ETS, Barrons, and PR books.

Welcome! Check out our free B-School Guides to learn how you compare with other applicants.    Login or Register

| FEB 12 Tue | Making Your Applications Stand Out for 2013 – Webinar | FEB 13 Wed | 5 Ways to Stand Out in MBA Admissions – Live Chat with the Carey Adcom | FEB 14 Thu | Preparing to Apply: The Early Stages – Live Q&A with the Tuck Adcom |



Forum Index    I Just Beat The GMAT!

# 590 to 750: How I improved by 160 points

700-800 Score    GMAT Success Stories    tagged by: jmc89

This topic has 7 member replies

POST NEW TOPIC    POST REPLY                                0    Bookmark

Previous Topic                                                  Next Topic

**FREE GMAT PREP RESOURCES**

| | |
|---|---|
| FREE | Princeton Review Practice GMAT |
| FREE | Free 2 chapters of Manhattan GMAT's "GMAT Roadmap" Guide |
| FREE | GMAT Prep Now Videos and OG13 Improvement Chart |
| FREE | Free 7-Day Trial with GMAT Tutor from The Economist Trial (full access) |
| FREE | Kaplan GMAT Practice Test |
| FREE | Veritas Prep GMAT Question Bank |
| FREE | Knewton GMAT Challenge Videos |

**jmc89**
Just gettin' started!

Follow user
View User Profile

Joined: 04 May 2011
Posted: 3 messages

**590 to 750: How I improved by 160 points**
D Tue Jul 26, 2011 10:32 am                              Quote

I took the GMAT this afternoon at the London test centre. It was my first time sitting for an official test. Here's how the score breaks down:

QUANT - 49 - 80th percentile
VERBAL - 45 - 99th percentile
OVERALL - 750 - 98th percentile

**Quick synopsis:** I took my first diagnostic test in April (Kaplan free online test) and scored a 590. I set a target of 720, hoping to improve 130 points. Today I took the actual GMAT at the London test centre and scored a 750, improving 160 points. In the intervening three months I developed a study plan, relying heavily on the official guides (second-hand 2007 editions), Manhattan prep books (2007 editions), and this website. Because I work long hours in banking, I forced myself to prioritize the GMAT over nearly everything but work. I studied at night, in the morning and on the weekends; whenever time permitted. In the end, I improved my score by 160 points and am now ready to put the GMAT behind me.

**Detailed synopsis:** After deciding to apply to business school earlier this year, I knew I had to confront the GMAT. I took the free online Kaplan diagnostic one Saturday morning in April and scored a 590. I considered abandoning the GMAT and business school applications, believing that I would never reach my target score of 720. However, I decided to study hard for 30 days and take another practice test then.

I bought the following materials: (1) second-hand copies of the 2007 official guides from a friend, as well as the corresponding Manhattan strategy books; (2) The BeatTheGMAT flashcard iphone app; (3) the six Manhattan practice tests; (4) the GMAT Focus software; (5) the two (free) official practice tests from MBA.com.

Due to bank holidays in the UK (thanks, Royal Wedding!), I had an eleven day vacation at the beginning of my initial 30-day study period. During this time, I systematically read the first three Manhattan quant strategy guides and completed the corresponding OG questions, logging 3-4 hours per day. I also kept an excel spreadsheet noting each type of question and how difficult I found it. I continued on this track for the next 30 days (trying to study for 14 - 20 hours per week). At the end of this period, I took a Manhattan practice test and scored a 740. I believe this quick improvement is attributable to three factors: (1) I simply failed to complete the initial Kaplan exam, which hurt my percentile ranking dramatically; on this second test, I answered all questions; (2) The basic material covered in the first four Manhattan quant books lays the groundwork for nearly all GMAT math; (3) The free Kaplan test may not be the best indicator of score potential (at least in my case).

**Best Available Price on GMAT Courses, Guaranteed.**

**GMAT PREP DISCOUNTS**

| | |
|---|---|
| SAVE $350 | Select Kaplan GMAT Courses & Tutoring Services |
| SAVE $310 | Manhattan GMAT Courses and 10% off Tutoring |
| 22% OFF | Knewton GMAT Complete Prep (5 days only) |
| 10% OFF | The Princeton Review GMAT Courses |
| $75 OFF | GMAT Tutor from *The Economist* |
| SAVE $630 | Veritas Prep GMAT Courses and Consulting Packages |
| $139 only | GMAT Prep Now Full Video Course |

**RECENT ACTIVITIES**

# EXHIBIT C



# EXHIBIT D



# Whois History for Manhattaneliteprep.com on 2011-12-25

More Sharing Services
Enter a domain name to get its history

manhattanelite

Get History

Next »
Domain:          manhattaneliteprep.com - Whois History
Cache Date:      2011-12-25
Registrar:       GODADDY.COM, INC.
Server:          whois.godaddy.com
Created:         2011-12-24
Updated:         2011-12-24
Expires:         2012-12-24

Reverse Whois:   Click on an email address we found in this whois record to see which other domains the registrant is associated with: tracyyun@yahoo.com

```
Registrant:
  Tracy Yun
  90 La Salle Street, Room 13G
  New York, New York 10027
  United States

  Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
  Domain Name: MANHATTANELITEPREP.COM
     Created on: 24-Dec-11
     Expires on: 24-Dec-12
     Last Updated on: 24-Dec-11

  Administrative Contact:
     Yun, Tracy  tracyyun@yahoo.com
     90 La Salle Street, Room 13G
     New York, New York 10027
     United States
     (646) 338-3908        Fax --

  Technical Contact:
```

```
Yun, Tracy  tracyyun@yahoo.com
90 La Salle Street, Room 13G
New York, New York 10027
United States
(646) 338-3908        Fax ---

Domain servers in listed order:
   NS65.DOMAINCONTROL.COM
   NS66.DOMAINCONTROL.COM
```